UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY BERNARD GRAY, #406615,

    Petitioner,

v.

Case No. 10-cv-13340

Honorable Patrick J. Duggan

MITCHELL PERRY,

    Respondent.
_____/

# JUDGMENT

On August 23, 2010, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his sentence for three counts of first-degree home invasion, Michigan Compiled Laws § 750.110a(2); one count of attempted second-degree home invasion, Michigan Compiled Laws § 750.110a(3); one count of unarmed robbery, Michigan Compiled Laws § 750.530; one count of assault with intent to do great bodily harm less than murder, Michigan Compiled Laws § 750.84; one count of resisting a police officer, Michigan Compiled Laws § 750.81(d)(1); and being a second felony habitual offender, Michigan Compiled Laws § 769.11. On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **SUMMARILY DENIED**.

Dated: October 7, 2010        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDG

Copies to:
Gregory Bernard Gray, #406615
Newberry Correctional Facility
3001 Newberry Avenue
Newberry, MI 49868

Magistrate Judge R. Steven Whalen